

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2014

No. 04-14-00323-CR

Steven **BELTRAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 431439
The Honorable Monica A. Gonzalez, Judge Presiding

## O R D E R

On May 20, 2014, this court notified Ms. Kandy K. Halley that the reporter's record was late. On May 23, 2014, Ms. Halley filed a Notification of Late Record stating that the reporter's record was not filed because appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee. Ms. Halley stated "Mr. Otero [appellant's appointed counsel] is to bring payment next week."

It is therefore ORDERED that Mr. Otero provide written proof to this court <u>no later than June 6, 2014</u> that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If Mr. Otero fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court